FILED
November 2, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>      Plaintiff, )<br>v. )<br>)<br>ANDRE KOVACS, )<br>)<br>      Defendant. ) | Case No. 2:10-cr-437 WBS<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Andre Kovacs</u>; Case <u>2:10-cr-437 WBS</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    \_    Unsecured bond in the amount of

    \_    Appearance Bond with 10% Deposit

    <u>X</u>    Appearance Bond in the amount of $100,000 secured by Real Property to be posted by defendant's mother within 10 days of 10/22/2010.

    <u>X</u>    (Other) <u>Pretrial conditions/supervision; U.S. Marshals to release the defendant to the custody of Pretrial Services on **11/3/2010 at 9:00 AM** to be transported to The Effort Treatment Facility.</u>

Issued at <u>Sacramento, CA</u> on <u>11/2/2010</u> at 11/2/10

By _____
Kimberly J. Mueller,
United States Magistrate Judge