SEAN GJERDE (SBN 217467)
NORTHERN CALIFORNIA LAW CENTER, P.C.
8880 ELK GROVE BLVD., STE. A
ELK GROVE, CA 95624
(916) 478-4139
FAX: (916) 686-8775

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

USA,

vs.

ANDRE KOVACS

Case No.: 2:10-CR-00437-WBS

STIPULATION AND [Proposed] ORDER FOR DEFENDANT TO BE RELEASED FOR INTAKE TO PROJECT NINETY, INC. TREATMENT FACILITY, 90 INPATIENT TREATMENT PROGRAM

It is so agreed to between Defense Counsel for Andre Kovacs and the United States Prosecuting Attorney for the above action that Pretrial Services has reviewed the Treatment Program, Project Ninety, Inc., after careful review, ANDRE KOVACS will be released from the custody of the United States Marshal, to the custody of the Northern California Law Center, P.C., specifically Shaun Smith and/or Sean Gjerde.

Andre Kovacs will be transported directly to Project Ninety, Inc. to attend Project Ninety's intake process, at which point Andre Kovacs will participate in the above inpatient drug and alcohol program for 90 days. Mr. Kovacs will be released Friday, November 19, 2010 at 8:00 a.m., thereafter Andre Kovacs will be processed through Project Ninety, Inc. and participate in the programs intake process. Intake to said program will be Friday, November 19, 2010 at 11:45 a.m.

IT IS AGREED.

Date: 11-18-10

_____
SEAN GJERDE
Attorney for Andre Kovacs

Date: 11-18-10

Asst _____
United States Attorney

Date: 11/16/10

_____
Pre Trial Services    S. Shahan

IT IS SO ORDERED.

Date:   November 18, 2010

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE