1  **ERIN J. RADEKIN**
   **Attorney at Law  - SBN 214964**
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 446-3331
   Facsimile: (916) 447-2988
4
   Attorney for Defendant
5  ANDRE KOVACS

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-CR-00437-11 WBS |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |
| ANDRE KOVACS, et al. | |
| Defendant. | |

### STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jill Thomas, and defendant, Andre Kovacs, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for judgement and sentencing, September 10, 2012 at 9:30 a.m., and to continue judgement and sentencing until November 5, 2012 at 9:30 a.m., in the courtroom of the Honorable William B. Shubb.

The reason for this request is that both the government and the defense have additional investigation and research to do to prepare for sentencing.  The Court is advised that Ms. Thomas and Probation Officer Scott Storey concur with this request, and Ms. Thomas has authorized Ms. Radekin to sign this stipulation on her behalf.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation. IT IS SO STIPULATED.

| | |
|---|---|
| Dated: September 7, 2012 | BENJAMIN WAGNER<br>United States Attorney<br><br>By:  /s/ Erin J. Radekin for<br>JILL THOMAS<br>Assistant United States Attorney |
| Dated: September 7, 2012 | /s/ Erin J. Radekin<br>ERIN J. RADEKIN<br>Attorney for Defendant<br>ANDRE KOVACS |

## **ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the judgement and sentencing date of September 10, 2012 at 9:30 a.m. is VACATED and the above-captioned matter is set for judgement and sentencing on November 5, 2012 at 9:30 a.m.

IT IS SO ORDERED.

Dated:   September 10, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-2-