1 **ERIN J. RADEKIN**
**Attorney at Law  - SBN 214964**
2 428 J Street, Suite 350
Sacramento, California 95814
3 Telephone: (916) 446-3331
Facsimile: (916) 447-2988
4
Attorney for Defendant
5 ANDRE KOVACS

6

IN THE UNITED STATES DISTRICT COURT FOR THE

7

EASTERN DISTRICT OF CALIFORNIA

8

9

10 | UNITED STATES OF AMERICA,

11 |     Plaintiff,        Case No. 2:10-CR-00437-11 WBS

12 | v.

13 |       STIPULATION AND [~~PROPOSED~~] ORDER TO ADVANCE JUDGMENT AND SENTENCING

ANDRE KOVACS, et al.

14 |     Defendant.

15

16

17

### STIPULATION

19    Plaintiff, United States of America, by and through its counsel, Assistant United States

20 Attorney Jill Thomas, and defendant, Andre Kovacs, by and through his counsel, Erin J. Radekin,

21 agree and stipulate to vacate the date set for judgment and sentencing, November 5, 2012 at 9:30

22 a.m., and to advance judgment and sentencing until October 9, 2012 at 9:30 a.m., in the courtroom of

23 the Honorable William B. Shubb.

24    The reason for this request is that Ms. Radekin has been notified by the clerk that this date is

25 agreeable to the Court and Mr. Kovacs would prefer to be sentenced on the first date that is agreeable

26 to all parties involved.  The Court is advised that Ms. Thomas and Probation Officer Scott Storey

27 concur with this request, and Ms. Thomas has authorized Ms. Radekin to sign this stipulation on her

28 behalf.

   Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

1 | IT IS SO STIPULATED.

2 | Dated: September 14, 2012

BENJAMIN WAGNER
United States Attorney

By: /s/ Jill Thomas
JILL THOMAS
Assistant United States Attorney

6 | Dated: September 14, 2012

/s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Defendant
ANDRE KOVACS

## ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the judgment and sentencing date of November 5, 2012 at 9:30 a.m. is VACATED and the judgment and sentencing date in the above-captioned matter is set on October 9, 2012 at 9:30 a.m.

IT IS SO ORDERED.

Dated: September 14, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE