UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED

NOV 05 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK



| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR S-10-0437-11 WBS |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| ANDRE KOVACS; aka Andy Kovacs, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release **Andre Kovacs** Case **CR S-10-0437-11 WBS** from custody for the following reasons:

    \_\_   Release on Personal Recognizance

    \_\_   Bail Posted in the Sum of _____

    \_\_   Unsecured bond

    \_\_   Appearance Bond with 10% Deposit

    \_\_   Appearance Bond secured by Real Property

    \_\_   Corporate Surety Bail Bond

    **X**   (Other)  **Defendant sentenced to a term of TIME SERVED.**

Issued at  Sacramento, CA  on  November 5, 2012  at 3:00 p.m.

By /s/ William B. Shubb
William B. Shubb,
United States District Judge

Orig & Copy: USM
Copy to Docketing

*[Left margin certification stamp: "I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office. ATTEST: VICTORIA C. MINOR, Clerk, U.S. District Court, Eastern District of California. By [signature] Deputy Clerk. Dated 11/5/2012"]*