**ERIN J. RADEKIN**
**Attorney at Law  - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
ANDRE KOVACS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ANDRE KOVACS,<br><br>　　　　Defendant. | Case No. 2:10-cr-00437<br><br>**REQUEST FOR ORDER AND ~~PROPOSED~~ ORDER EXONERATING BOND** |

On October 22, 2010, the court ordered Mr. Kovacs released on a $100,000 bond secured by real property at 4133 U Street, Sacramento, California, owed by his mother, Liberty Kovacs. A deed of trust for the property was subsequently recorded with Sacramento County on November 2, 2010.[1]

On November 5, 2012, Mr. Kovacs was sentenced to a time served, and placed on 12 months of supervised release.

Accordingly, as Mr. Kovacs has been sentenced, he respectfully requests that the court exonerate the bond posted to secure his release and that the clerk of the court be directed to reconvey the deed of trust back to the Trustor, Liberty Kovacs.

---

[1] The docket does not indicate the Court filed the recorded deed of trust. The deed of trust was recorded, however, as noted. A copy of the endorsed recorded deed of trust is attached hereto.

-1-

Dated: June 18, 2013                                   Respectfully Submitted,

        /s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Defendant
ANDRE KOVACS

### ORDER

Good cause appearing,

IT IS HEREBY ORDERED that the bond in the amount of $100,000, secured by the property at 4133 U Street, Sacramento, California, be exonerated, and the clerk is directed to reconvey the deed of trust for said property back to the Trustor, Liberty Kovacs.

Dated:  June 20, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-2-