IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  ) Case No. 2:10-cr-437-WBS-11
      Plaintiff,  ) ORDER
vs.  )
ANDRE KOVACS,  )
      Defendant.  )

Having considered the petition, and the justification provided for the request for disclosure of each item listed in the petition, the Court hereby authorizes and orders disclosure of the requested presentence report and related documents to defense counsel. Copies of all such documents shall also be disclosed to the United States Attorney

Dated: June 29, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE