UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ANDRE KOVACS,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | **CR. NO.** 2:10-437-11 WBS<br><br>ORDER |

----oo0oo----

On October 20, 2016, petitioner Andre Kovacs filed a Petition for Writ of Error <u>Coram Nobis</u> Pursuant to 28 U.S.C. § 1651. (Docket No. 345.) The United States shall file an opposition to the petition no later than November 28, 2016. Petitioner may then file a reply no later than December 28, 2016. The court will hold oral argument on the petition on January 9, 2017 at 9:00 a.m.

1

IT IS SO ORDERED.

Dated: October 24, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE