1  PHILLIP A. TALBERT
   Acting United States Attorney
2  JILL M. THOMAS
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5  Attorneys for Plaintiff
   United States of America
6

7              IN THE UNITED STATES DISTRICT COURT

8                EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,            CASE NO. 2:10-CR-0437 WBS

11              Plaintiff,              STIPULATION EXTENDING THE TIME FOR
                                        THE GOVENRMENT TO ANSWER
12         v.                           DEFENDANT'S CORAM NOBIS PETITION;
                                        ORDER
13 ANDRE KOVACS,

14              Defendant.

15
       The United States and defendant Andre Kovacs, through their undersigned attorneys, hereby
16
   agree to a continuance of 30 days from November 28, 2016 to December 28, 2016, to respond to the
17
   defendant's Coram Nobis petition.  The defendant's reply would then be extended to January 30, 2017,
18
   and the oral argument on the matter continued to February 13, 2017 at 9:00 a.m.  The reason for the
19
   request is that government counsel is presently on a detail in Washington, D.C. and will not return to the
20
   U.S. Attorney's Office in Sacramento until November 18, 2016.  Counsel for the defendant, Asst.
21
   Federal Defender Lexi Negin, has no objection to the request.
22
   Dated: October 28, 2016                        PHILLIP A. TALBERT
23                                                Acting United States Attorney

24
                                            By:   /s/ RICHARD J. BENDER
25                                                RICHARD J. BENDER
                                                  Assistant United States Attorney
26
    Dated: October 28, 2016                          Lexi Negan (by RJB)
27                                                LEXI NEGAN
                                                  Attorney for Andre Kovacs
28

   STIPULATION EXTENDING TIME TO ANSWER            1

[Stipulation extending time for government to answer coram nobis petition (page two]

IT IS SO ORDERED:

Dated:  October 31, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE