PHILLIP A. TALBERT
United States Attorney
JILL M. THOMAS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>ANDRE KOVACS,<br><br>                    Defendant. | CASE NO. CR S 2:10-0437-11 WBS<br><br>STIPULATION EXTENDING THE TIME FOR THE GOVERNMENT TO ANSWER DEFENDANT'S CORAM NOBIS PETITION; ~~PROPOSED~~ ORDER |

   The United States and defendant Andre Kovacs, through their undersigned attorneys, hereby agree to a continuance of 60 days from December 28, 2016 to February 27, 2017, to respond to the defendant's Coram Nobis petition. The defendant's reply would then be extended to March 13, 2017, and the oral argument on the matter, if any, continued to March 27, 2017 at 9:00 a.m. The reason for the request is that government counsels needs to take emergency family medical leave beginning December 13, 2016. Upon return, government counsel will be in trial beginning January 9, 2017. Additionally, AUSA Thomas will be on military leave from January 23, 2017 to February 12, 2017. Counsel for the defendant, Assistant Federal Defender Lexi Negin, has no objection to the request.

   Dated: December 12, 2016                              PHILLIP A. TALBERT
                                                         United States Attorney

Stipulation and [Proposed Order}                              1

| | | | |
|---|---|---|---|
| Dated: December 12, 2016 | By: | /s/ Jill M. Thomas |
| | | JILL M. THOMAS |
| | | Assistant U.S. Attorney |
| | | Attorney for Plaintiff |
| Dated: December 12, 2016 | By: | /s/ Lexi Negan (by JMT) |
| | | LEXI NEGAN |
| | | Attorney for Defendant |
| | | Andre Kovacs |

**ORDER**

**IT IS HEREBY ORDERED,** that the Government's request for a continuance of 60 days from December 28, 2016 to February 27, 2017, to respond to the defendant's Coram Nobis petition is granted. The defendant's reply will be due March 13, 2017, and the oral argument on the matter will be heard on March 27, 2017 at 9:00 a.m.

Dated: December 12, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE